# EXHIBIT "4"

Case 8:22-cv-00110-JLS-JDE    Document 1-4    Filed 01/21/22    Page 1 of 9    Page ID #:75

1/20/22, 12:08 PM                                    VE Dump Trailer Power Units – MTE Hydraulics

 MTE HYDRAULICS

# VE DUMP TRAILER POWER UNITS



## Maximize performance while providing optimal quality

MTE Hydraulics, Inc. is a leading US-based global manufacturer of high-quality hydraulic components and systems. Our product line includes power units specifically designed for the dump trailer industry. For the past 60 years, we have been providing expertise in the design of world-class hydraulic products and solutions.

MTE Hydraulics manufactures our VE Power Unit products to maximize performance while providing optimal quality to the dump trailer industry.

- Die cast can utilize 3.7″, 4.5″ or 5″ DC motor in the same configuration.
- High-efficiency, pressure balanced pumps offer faster dump cycles.
- Multiple pump displacements and reservoir capacities.
- Years of superior customer service and support.
- Power Up-Power Down / Dual Power Up-Power Down / Power Up-Gravity Down

1





## OUR NEWEST MODEL:
# 3-FUNCTION POWER UP / POWER DOWN / GRAVITY DOWN UNIT

Our newest VE model is a 3-function PU/PD/GD unit, which gives an operator the choice to lower the dump bed with or without running the motor – saving battery life and motor run time.

# VE Dump Trailer Power Units Schematics



VE Dump Trailer Power Units - MTE Hydraulics



1/20/22, 12:08 PM                                                              VE Dump Trailer Power Units - MTE Hydraulics

*MTE HYDRAULICS*

◯ 3 Qt          ◯ Plastic       ◯ 12VDC Std duty
◯ 1 Gallon      ◯ Steel              Motor               ◯ Horizontal
◯ 1.25 Gallon                   ◯ 12VDC Heavy       ◯ Vertical
◯ 1.5 Gallon                         duty Motor
◯ 2 Gallon                      ◯ 24VDC Std duty
                                     Motor

**Application Information:**

Are there Drawings/Schematics
available: *(Required)*

◯ Yes
◯ No

**Operating Pressure:**        **Time on:** *(Required)*        **Time off:** *(Required)*
*(Required)*

**RV1 Pressure:**              **Time on:** *(Required)*    **Time off:** *(Required)*
*(Required)*

**Type of hydraulic fluid:** *(Required)*        **Envelope restrictions:**

**Mounting requirements:**

https://mtehydraulics.com/products/ve-dump-trailer-power-units/                                          4/8

4

1/20/22, 12:08 PM

**MTE HYDRAULICS**

VE Dump Trailer Power Units - MTE Hydraulics

○ Mo
○ Yr

○ Yes
○ No

**Target Price:**

**Target Customer:**

**Additional Information: (Application, Coil Type, Fittings, PCFC, Etc.)**

Submit

5

VE Dump Trailer Power Units – MTE Hydraulics









1/20/22, 12:08 PM                                                 VE Dump Trailer Power Units - MTE Hydraulics

 MTE HYDRAULICS

## 815.397.4701 // SALES@MTEHYDRAULICS.COM

We're experts at hydraulic pumps, motors and power units, and pride ourselves in our ability to address your needs – whether a special prototype or high production unit. When OEM customers call MTE Hydraulics, they find our people receptive and responsive. Assistance is always available from either our customer service, sales, or engineering departments.

Contact Us

### MTE HYDRAULICS INC

4701 Kishwaukee Street
Rockford, IL 61109 USA

sales@mtehydraulics.com
PH: 815-397-4701
FX: 815-399-5528

### RECENT NEWS

**See our VE Dump Trailer Power Units at NATDA Booth #1058**
August 16, 2021 - 10:00 pm

**NTEA WTW 2022**
August 16, 2021 - 9:30 am

**NATM 2022**
August 16, 2021 - 9:00 am

7

VE Dump Trailer Power Units - MTE Hydraulics



© 2021 MTE Hydraulics. All Rights Reserved. Design by fortytwoeightynine.

8