# EXHIBIT "5"



