# EXHIBIT "6"



MTE Hydraulics, Inc.
Rockford, IL  61109
Tel: 815-397-4701

Website www.mtehydraulics.com

## Power Up / Power Down / Gravity Down DC Unit

## Description

Power Up/Power Down/Gravity Down Unit
Internal Check Valves
2W2P Normally Closed Valve
4W2P Directional Valve
(2) Relief Valve
(2) 9/16-18 SAE Ports.
Horizontal or Vertical Mounting
Remote Control

## Available Options

Manual Lowering
External PCFC



## Ordering Information

| Pressure Balanced Pump Sizes |
| --- |
| 2.1CC (.128 in³/rev) |
| 2.7CC (.164 in³/rev) |
| 3.2CC (.195 in³/rev) |
| 3.7cc (.225 in³/rev) |

**(Mark Motor Option with X)**
*Consult factory for additional pumps sizes not shown.*

| Tank Sizes |
| --- |
| 3 Qt |
| 1 Gallon |
| 1.25 Gallon |
| 1.5 Gallon |
| 2 Gallon |

*Contact factory for other tank sizes available*

| Motor Options |
| --- |
| 12VDC Std duty Motor |
| 12VDC Heavy duty Motor |
| 24VDC Std duty Motor |

**(Mark Motor Option with X)**

| Tank Orientation |
| --- |
| Horizontal |
| Vertical |

**(Mark orientation with X)**

| Tank Style |
| --- |
| Plastic |
| Steel |

**(Mark Tank**

HYDRAULIC SCHEMATIC

## Application Information

Are there Drawings/Schematics available _____

Operating Pressure: _____     time on _____     time off _____

RV1 Pressure: _____     time on _____     time off _____     RV2 Pressure _____

Type of hydraulic fluid: _____     Fluid conditions: _____

Envelope restrictions: _____

Mounting  requirements _____

Cylinder information:     Stroke _____     Rod _____     Bore _____

Quantity of Cylinders:     1 _____     2 _____

Type of Cylinders:     Welded _____     Tie Rod _____     Telescopic _____

No. of units required: _____     ☐ Mo.     ☐ Yr     ☐ Prototype required

Target Price: _____     Target Customer _____

Additional Information _____
(Coil Type, Fittings, PCFC, Etc.)

1

1/20/22, 12:09 PM                                                      VE-Power-up-Power-Down-Gravity-Down-3-Button.jpg (610×656)

