Charles C.H. Wu, SBN 166756
  cchwu@wclawyers.com
Vikram M. Reddy, SBN 228515
  vreddy@wclawyers.com
Elena N. Sandell, SBN 333153
  esandell@wclawyers.com
**WU & REDDY, A PROF. CORP.**
98 Discovery
Irvine, California 92618-3105
Telephone: (949) 251-0111

Attorneys for plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I. HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>                 Plaintiff,<br><br>vs.<br><br>GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO.; DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | Case No.<br><br>**FEDERAL RULE CIVIL PROCEDURE 7.1**<br><br>**DISCLOSURE STATEMENT** |

1

**DISCLOSURE STATEMENT**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for K.T.I. HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation (a private non-government party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Respectfully submitted,

**WU & REDDY, A PROF. CORP.**

Dated: January 21, 2022            By:   /s/ Charles C.H. Wu
                                        Charles C.H. Wu, Esq.
                                        Vikram M. Reddy, Esq.
                                        Elena N. Sandell, Esq.
                                   Attorneys for Plaintiff K.T.I. Hydraulics, Inc.,
                                   a.k.a. KTI Hydraulics Inc.

**DISCLOSURE STATEMENT**