**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
CO., GREGORY S. NORDLOF, GERARD M.
PALMERSHEIM, DAVID E. PETERSON,
RICHARD THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00110-JLS-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed:          1/21/22<br>Current Response Dates: 2/18/22; 2/22/22; and 3/2/22<br>New Response Date:  3/18/22 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#54764288.2

Defendants Gerard M. Palmersheim ("Palmersheim"), Mechanical Tool & Engineering Co. ("MTE"), Gregory S. Nordlof ("Nordlof"), David E. Peterson ("Peterson") and Richard Thurman ("Thurman") (collectively, "Defendants") and Plaintiff K.T.I. Hydraulics, Inc. ("Plaintiff"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on January 21, 2022 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on MTE, Nordlof, and Thurman on January 28, 2022, on Peterson on January 31, 2022, and on Palmersheim on February 9, 2022;

WHEREAS, Defendants' counsel is unavailable on the dates on which the initial responses would otherwise be made under the F.R.C.P;

WHEREAS, the parties desire to streamline and consolidate the deadlines for response to the Complaint to promote efficiency;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective attorneys, that Defendants may have until March 18, 2022 to answer or otherwise respond to the Complaint.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

VP/#54764288.2

DATED: February 11, 2022

Vedder Price, (CA) LLP

*/s/ Deborah A. Hedley*[1]
Deborah A. Hedley

Attorneys for
*Defendants GERARD M. PALMERSHEIM, MECHANICAL TOOL & ENGINEERING CO., GREGORY S. NORDLOF, DAVID E. PETERSON, RICHARD THURMAN*

DATED: February 11, 2022

WU & REDDY, a Prof. Corp.

*/s/ Elena Sandell, Esq.*
Elena Sandell, Esq.

Attorneys for
*Plaintiff K.T.I HYDRAULICS, INC.*

---

[1] Filer attests that all other signatories listed and on whose behalf this stipulation is filed concur in the filing's content and have authorized the filing.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#54764288.2