Charles C.H. Wu, SBN 166756
  cchwu@wclawyers.com
Vikram M. Reddy, SBN 228515
  vreddy@wclawyers.com
Elena N. Sandell, SBN 333153
  esandell@wclawyers.com
**WU & REDDY, A PROF. CORP.**
98 Discovery
Irvine, California 92618-3105
Telephone: (949) 251-0111

Attorneys for plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
CO., GREGORY S. NORDLOF, GERARD M.
PALMERSHEIM, DAVID E. PETERSON,
RICHARD THURMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & | Case No. 8:22-cv-00110-JLS-JDE <br><br> **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** <br><br> Complaint filed: 1/21/22 <br><br> Original Response Dates: 2/18/22; 2/22/22; and 3/2/22 <br><br> Initial Extended Response Date: 3/18/22 <br><br> Second Extended Response Date: 4/1/22 |

ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

Defendants Gerard M. Palmersheim ("Palmersheim"), Mechanical Tool & Engineering Co. ("MTE"), Gregory S. Nordlof ("Nordlof"), David E. Peterson ("Peterson"), and Richard Thurman ("Thurman") (collectively, "Defendants"), and Plaintiff K.T.I. Hydraulics, Inc. ("Plaintiff"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on January 21, 2022 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on MTE, Nordlof, and Thurman on January 28, 2022, on Peterson on January 31, 2022 and on Palmersheim on February 9, 2022;

WHEREAS, per L.R. 8-3, the parties stipulated to extend the time for Defendants to respond to the initial complaint until March 18, 2022;

WHEREAS, the parties subsequently began meet and confer communications regarding Defendants' proposed F.R.C.P. Rule 12(b) motions in response to the Complaint, pursuant to and in accordance with L.R. 7-3;

WHEREAS, the parties' meet and confer communications pursuant to L.R. 7-3 remain ongoing, and to potentially avoid court intervention and conserve court and party resources, the parties stipulate to further extend the time for Defendants to respond to the initial complaint an additional two (2) weeks from March 18, 2022 until April 1, 2022;

- 2 -

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective attorneys, that Defendants may have two additional weeks until April 1, 2022 to answer or otherwise respond to the Complaint.

DATED: March 15, 2022                    VEDDER PRICE, (CA) LLP

                                         */s/* Deborah A. Hedley
                                         Deborah A. Hedley

                                         Attorneys for
                                         *Defendants GERARD M.*
                                         *PALMERSHEIM, MECHANICAL*
                                         *TOOL & ENGINEERING CO.,*
                                         *GREGORY S. NORDLOF, DAVID E.*
                                         *PETERSON, RICHARD THURMAN*

DATED:  March 15, 2022                   WU & REDDY, A PROF. CORP.

                                         */s/* Elena Sandell
                                         Elena Sandell, Esq.

                                         Attorneys for
                                         *Plaintiff K.T.I HYDRAULICS, INC.*

- 3 -