**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-cv-00110-JLS-JDE <br><br> **DEFENDANTS MECHANICAL TOOL & ENGINEERING COMPANY, GREGORY STAFFORD NORDLOF, GERARD M. PALMERSHEIM, DAVID E. PETERSON, RICHARD THURMAN'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12 (b)(2), (b)(3) & (b)(6); AND, IN THE ALTERNATIVE TO TRANSFER TO THE NORTHERN DISTRICT OF ILLINOIS** <br><br> **Date: August 12, 2022** <br> **Time: 10:30 a.m.** <br> **Place: 350 West First Street Courtroom 8A Los Angeles, CA 90012** <br><br> Complaint filed: January 21, 2022 |

NOTICE OF MOTION AND MOTION TO DISMISS

VP/#54764521.1

**TO THE COURT, PLAINTIFF AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 12, 2022 at 10:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable Josephine L. Staton, in the United States District Court for the Central District of California, located at 350 West First Street, Courtroom 8A, Los Angeles, California 90012, Mechanical Tool & Engineering Co., an Illinois Corporation ("MTE"), Gregory Nordlof ("Nordlof"), Gerard Palmersheim ("Palmersheim"), David Peterson ("Peterson") and Richard Thurman ("Thurman") (collectively, "Defendants") will and hereby do move, (1) pursuant to Fed. R. Civ. P. 12(b)(2), for the Court to dismiss the action for lack of personal jurisdiction; (2) pursuant to Fed. R. Civ. P. 12 (b)(3), for the Court to dismiss the action for improper venue; (3) in the alternative, for the Court to transfer the action to the Northern District of Illinois for improper venue pursuant to 28 U.S.C. § 1406; or to transfer the action to Northern District of Illinois for the convenience of the parties, convenience of the witnesses, and interest of justice pursuant to 28 U.S.C. § 1404; and (4) to dismiss the action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

This Motion is based on this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the Declarations of Deborah A. Hedley, Palmersheim, Thurman, Peterson, and Nordlof filed concurrently herewith and all exhibits thereto, the Court's files in this matter; and on such other and further documentary and oral arguments or evidence as may be properly presented at or before the hearing on this matter.

///

///

///

///

///

///

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF MOTION AND MOTION TO DISMISS

VP/#54764521.1

**\* \* \* Local Rule 7-3 Conference of Counsel \* \* \***

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 10, 2022.  See Decl. of Deborah Hedley, ¶2. As of the date of this filing, there has been no indication from Plaintiff that it would agree to transfer the litigation to the Northern District of Illinois, but Defendants remain ready to meet and confer on that point per the Parties' most recent stipulation filed with the Court. Id.

Dated:       March 18, 2022              VEDDER PRICE (CA), LLP


By: /s/ Deborah A. Hedley
    Michael Quinn
    Deborah A. Hedley

Attorneys for Defendants
MECHANICAL TOOL &
ENGINEERING COMPANY,
GREGORY STAFFORD NORDLOF,
GERARD M. PALMERSHEIM,
DAVID E. PETERSON and
RICHARD THURMAN