UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,

Plaintiff,

v.

GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:22-cv-00110-JLS-JDE

**[PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO DISMISS**

**Date: February __, 2022**
**Time: 10:30 a.m.**
**Place: 411 W. Fourth St.**
      **Courtroom 10A**
      **Santa Ana, CA 92701**

Complaint filed: January 21, 2022

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER

VP/#54764611.1

# [PROPOSED] ORDER

The Court, having considered Defendants Mechanical Tool & Engineering Company, Gregory Stafford Nordlof, Gerard M. Palmersheim, David E. Peterson, and Richard Thurman's Motion to Dismiss, and all other matters presented to the COURT, and GOOD CAUSE APPEARING THEREFORE, the COURT orders that the same is hereby GRANTED.

Dated: _____                    _____

                                           Honorable Josephine L. Staton

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER

VP/#54764611.1