**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00110-JLS-JDE<br><br>**DECLARATION OF DEBORAH A. HEDLEY IN SUPPORT OF MOTION TO DISMISS**<br><br><br><br><br><br>Complaint filed: January 21, 2022 |

DECLARATION OF DEBORAH HEDLEY

VP/#55352274.1

I, Deborah A. Hedley, declare and state as follows:

1.      I am an Associate with the law firm Vedder Price (CA), LLP, counsel of record for Defendants in the above-entitled action. I am licensed to practice in the State of California. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2.      On March 10, 2022, I met and conferred with Plaintiff's counsel, Charles Wu, Vikram Reddy and Elena Sandell, regarding Defendants' intent to bring a motion taking the position that KTI's Complaint should be either dismissed or transferred to the Northern District of Illinois. Plaintiff's counsel and I further met and conferred this week, and agreed to stipulate to an extension of Defendants' deadline to respond to the Complaint to continue our meet and confer, which we presented to the Court earlier this week. However, as today's filing deadline remained on calendar, Defendants have proceeded to file their response today.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th of March, 2022, at <u>Los Angeles, California</u>

By: _____
DEBORAH A. HEDLEY

Vedder Price (CA), LLP
Attorneys at Law
Los Angeles

- 2 -                    DECLARATION OF DEBORAH HEDLEY

VP/#55352274.1