**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-cv-00110-JLS-JDE <br><br><br> **DECLARATION OF GERARD M. PALMERSHEIM IN SUPPORT OF MOTION TO DISMISS** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Complaint filed: January 21, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#55250400.2

I, Gerard M. Palmersheim, declare and state as follows:

1.     I am the Director of Business Development at Mechanical Tool & Engineering Co., an Illinois Corporation, d/b/a and a/k/a MTE Hydraulics, d/b/a and a/k/a MTE Hydraulics ("MTE" or "Defendant") in the above-entitled action.  The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2.     I have worked as a Director at MTE since 2020. Since joining MTE, I have worked exclusively at MTE's location in Rockford, Illinois. In my role at MTE, I am responsible for facilitating customer requests for new orders.  I have never done any business related to the VE Product Line in California.

3.     Professionally, I have not visited California since beginning my new position at MTE in August 2020. My last day of work for KTI in California was August 21, 2020.   My family and I visited California for personal reasons over the Thanksgiving holiday in 2021.

4.     I reside in Milton, Wisconsin and intend to continue residing in Wisconsin.  I previously lived in Wisconsin, before working for KTI.  Returning to Wisconsin made sense for my family because I can be close to my daughters and many grandchildren.  I have no desire to ever return to living in California.

5.     I commute to work at MTE in Rockford, Illinois.

6.     I have never owned a home or property in California and I do not have a bank account in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ____ of March, 2022, at _____,_____.


By:_____
GERARD M. PALMERSHEIM

I, Gerard M. Palmersheim, declare and state as follows:

1.      I am the Director of Business Development at Mechanical Tool & Engineering Co., an Illinois Corporation, d/b/a and a/k/a MTE Hydraulics, d/b/a and a/k/a MTE Hydraulics ("MTE" or "Defendant") in the above-entitled action. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2.      I have worked as a Director at MTE since 2020. Since joining MTE, I have worked exclusively at MTE's location in Rockford, Illinois. In my role at MTE, I am responsible for facilitating customer requests for new orders.  I have never done any business related to the VE Product Line in California.

3.      Professionally, I have not visited California since beginning my new position at MTE in August 2020. My last day of work for KTI in California was August 21, 2020.   My family and I visited California for personal reasons over the Thanksgiving holiday in 2021.

4.      I reside in Milton, Wisconsin and intend to continue residing in Wisconsin.  I previously lived in Wisconsin, before working for KTI.  Returning to Wisconsin made sense for my family because I can be close to my daughters and many grandchildren.  I have no desire to ever return to living in California.

5.      I commute to work at MTE in Rockford, Illinois.

6.      I have never owned a home or property in California and I do not have a bank account in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th of March, 2022, at _Myrtle Beach, South Carolina._

By: _[signature]_
GERARD M. PALMERSHEIM

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

VP/#55250400.2