**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation, | Case No. 8:22-cv-00110-JLS-JDE |
| Plaintiff, | |
| v. | **DECLARATION OF RICHARD THURMAN IN SUPPORT OF MOTION TO DISMISS** |
| GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint filed: January 21, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#55249729.2

DECLARATION OF RICHARD THURMAN

I, Richard Thurman, declare and state as follows:

1.   I am the Director of Sales at Mechanical Tool & Engineering Co., an Illinois Corporation, d/b/a and a/k/a MTE Hydraulics, d/b/a and a/k/a MTE Hydraulics ("MTE" or "Defendant") in the above-entitled action. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2.   I have worked as the Director of Sales at MTE since 2020. Prior to becoming the Director of Sales, I was a Regional Sales Manager for MTE for 32 years. Since joining MTE, I have worked exclusively at MTE's location in Rockford, Illinois.

3.   My responsibilities as the Director of Sales at MTE include overseeing key sales accounts for MTE and overseeing some of the sales staff.

4.   After this lawsuit was filed, I investigated whether there had ever been any sales of the VE Product Line in California by reviewing MTE's sales records and invoices. I was not able to find a single confirmed instance of any shipments of the VE Product Line to California that were made prior to this lawsuit being filed.

5.   I did determine that one California customer placed an order for Power-Up/Gravity-Down circuits in December 2021 and that the first shipment to this customer occurred on February 11, 2022. I do not believe that this is the circuit or unit at issue in this litigation but I wanted to inform the Court about this sale in the event that it could technically fall under the VE Product Line umbrella.

6.   I visited California only one time in connection with work, to visit a customer in October 2021. However, this visit was completely unrelated to MTE's VE Product Line at issue in this litigation because the customer I visited does not use that product line.

7.   I have never visited California for personal reasons.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                    DECLARATION OF RICHARD THURMAN

VP/#55249729.2

8.      I reside in Rockton, Illinois. I have resided in Rockton, Illinois for 28 years.  I have lived in Illinois my entire life and it is where I intend to continue residing.

9.      I do not own a home or property in California.

10.     I do not conduct business in California.

11.     I am not required to pay taxes in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th of March, 2022, at Rockford, Illinois

By: _____
        RICHARD THURMAN