**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:  +1 424 204 7700
F:  +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation, | Case No. 8:22-cv-00110-JLS-JDE |
| Plaintiff, | |
| v. | **DECLARATION OF DAVID E. PETERSON IN SUPPORT OF MOTION TO DISMISS** |
| GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint filed: January 21, 2022 |

I, David E. Peterson, declare and state as follows:

1. I am the Director of Engineering at Mechanical Tool & Engineering Co., an Illinois Corporation, d/b/a and a/k/a MTE Hydraulics, d/b/a and a/k/a MTE Hydraulics ("MTE" or "Defendant") in the above-entitled action. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2. I joined MTE as the Director of Engineering in 2002. Since joining MTE, I have worked exclusively at MTE's location in Rockford, Illinois. Prior to working at MTE, I was employed at SPX Fluid Power from 1984 through 2002. SPX Fluid Power is also located in Rockford, Illinois.

3. As part of my job at MTE, I manage MTE's engineering department. I oversee five employees: one engineer; one lab technician; and three product designers. I was not involved in developing the VE Product Line that is at issue in this litigation.

4. The last time I traveled to California for work was in 2017 to consult with customers on issues unrelated to the VE Product Line.

5. I currently reside in Belvidere, Illinois which is where I have lived for 22 years. I have resided in Illinois my entire life which is where I intend to continue residing.

6. I have no property or bank accounts in California.

7. In 2019, I travelled to California for three days to see my daughter graduate from graduate school. This trip was purely personal.

///

///

///

///

///

DECLARATION OF DAVID E. PETERSON

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#55325187.2

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _16_ of March, 2022, at <u>Rockford, Illinois</u>

By: _____
DAVID E. PETERSON