**VEDDER PRICE (CA), LLP**
Michael Quinn, Bar No. 198349
mquinn@vedderprice.com
Deborah A. Hedley, Bar No. 276826
dhedley@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendants
MECHANICAL TOOL & ENGINEERING
COMPANY, GREGORY STAFFORD
NORDLOF, GERARD M. PALMERSHEIM,
DAVID E. PETERSON, RICHARD
THURMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00110-JLS-JDE<br><br>**DECLARATION OF GREGORY STAFFORD NORDLOF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Complaint filed: January 21, 2022 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

VP/#55250073.3

I, Gregory Stafford Nordlof, declare and state as follows:

1.    I am the President of Mechanical Tool & Engineering Co., an Illinois Corporation, d/b/a and a/k/a MTE Hydraulics, d/b/a and a/k/a MTE Hydraulics ("MTE" or "Defendant") in the above-entitled action.  The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto under oath.

2.    My grandfather founded MTE in 1946 in Rockford, Illinois.  MTE has always been headquartered in Rockford, Illinois, and registered as an Illinois corporation.  MTE's principal and only place of business is Rockford, Illinois. My father joined MTE in the mid-1950s. I joined MTE in 1978 where I continue to work to this day as the President.

3.    In addition to my role at MTE, I also am the President of Rapid Air Corp. and the CEO of Delta Power Co.  All three companies are family-owned and operated in Rockford, Illinois.

4.    As President of MTE, I am responsible for all functional operations of MTE. However, the scope of my duties do not require that I interact or engage with residents of California.

5.    MTE employs approximately 180 employees. Nearly all of MTE's employees are residents of Illinois. Some employees live in Wisconsin and commute into Illinois each day for work. Two employees work remotely in Illinois, and one employee (just hired in the summer of 2021) works remotely in California. His work does not involve the VE Product Line at issue in this case and he is free to move to another state should he desire to work remotely elsewhere.

6.    MTE has no offices, records, property, or bank accounts in California. MTE is not registered to do business in California. MTE does not hold any California licenses. MTE does not have an agent for service of process in California.

7.    All of MTE's banking is with a local bank in Rockford, Illinois.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

VP/#55250073.3

8.    MTE's business records are physically stored Rockford, Illinois. No data is stored in California.

9.    MTE owns and operates a website available at https://mtehydraulics.com/. Our website clearly describes that MTE can only be contacted in Illinois via our local, 815 Area Code phone number or at our address in Rockford, Illinois. MTE does not have a web domain registered in California.

10.    MTE does not purchase materials from California. MTE regularly purchases supplies and equipment from China, Mexico, and Minnesota. The majority of other supplies needed by MTE are purchased from Illinois suppliers.

11.    MTE has never held any events in California.

12.    It would be a large expense to lose the employee time that it would take to travel to California if the case proceeds in California. We are a small and busy company who relies on the majority of our workforce to be on-site for our daily operations to run smoothly.

13.    Potential non-party witnesses who may testify in regards to MTE's VE Product Line purchasing, production, and distribution include the following former MTE employees: Bill Crossen and Chad Nelson. To the best of my knowledge, each of these non-party witnesses is located in Illinois.

14.    I reside in Illinois. I have resided in Illinois my entire life. I have no plans to ever relocate to California.

///

///

///

///

///

///

///

///

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

VP/#55250073.3

15.    I have only visited California two times. Both times were for personal reasons. In the mid-1990's, I visited California to see a personal friend. In 2002, I visited San Diego with my family for two days. I have never visited California in connection with MTE business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ of March, 2022, at Rockford, Illinois.

By: _____
GREGORY STAFFORD NORDLOF

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

VP/#55250073.3