UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

K.T.I HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation,

Plaintiff,

v.

GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO., DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:22-cv-00110-JLS-JDE

**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT (Doc. 19)**

**ORDER**

The Court, having reviewed the parties' Stipulation to Further Extend Time for Defendants to Respond to Initial Complaint (Doc. 19), hereby rules as follows:

Pursuant to the Stipulation, IT IS ORDERED that Defendants' date to file a response to the Complaint is extended an additional two weeks from March 18, 2022 to April 1, 2022.

IT IS SO ORDERD.

DATED: March 23, 2022

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE