_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 22-00110 JLS (JDE)                              Date:    May 27, 2022

Title:  K.T.I. Hydraulics, Inc. v. Gerard M. Palmersheim et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

     Daisy Rojas                                          N/A
     Deputy Clerk                                    Court Reporter

   Attorneys Present for Plaintiff:                 Attorneys Present for Defendant:

       Not Present                                          Not Present

**Proceedings:**          **(In Chambers) SCHEDULING ORDER IN A PATENT CASE**

     The present case alleges that Defendant infringed Plaintiff's utility patent.  The Court has reviewed the Joint Rule 26(f) Report (Doc. 24) and has VACATED the Scheduling Conference set for May 27, 2022.

     The Court has reviewed and considered the proposed pretrial dates set forth in Exhibit B to the parties' Joint Rule 26(f) Report.  As the parties recognize, the Court follows a modified version of the schedule for utility patent cases contemplated by the Patent Local Rules for the Northern District of California.  With minor modifications, the Court adopts the parties' jointly proposed schedule, which is slightly more generous than the Court's presumptive schedule in patent cases.

     The briefs filed in advance of the claim construction hearing consist of simultaneously filed opening briefs and simultaneously filed responsive briefs.  No reply briefs are to be filed absent invitation by the Court.

     The Court sets the schedule in this case as set forth below.  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  See Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

     The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

_____

**CIVIL MINUTES – GENERAL**                                                                 1

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 22-00110 JLS (JDE)                    Date:    May 27, 2022

Title:  K.T.I. Hydraulics, Inc. v. Gerard M. Palmersheim et al

        Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date.

| | |
|---|---|
| Disclosures of Asserted Claims and Infringement Contentions, and Document Production Accompanying Disclosure: | **August 5, 2022** |
| Last Day to File a Motion to Add Parties and Amend Pleadings: | **September 20, 2022** |
| Invalidity Contentions and Accompanying Document Production: | **September 23, 2022** |
| Exchange of Proposed Terms for Claim Construction: | **October 7, 2022** |
| Exchange of Proposed Claim Constructions and Extrinsic Evidence: | **October 21, 2022** |
| Damages Contentions and Accompanying Document Production: | **November 11, 2022** |
| Joint Status Report Regarding Technology Tutorial: | **November 11, 2022** |
| Completion of Claim Construction Discovery: | **November 18, 2022** |
| Joint Claim Construction Prehearing Statement: | **November 28, 2022** |
| Last Day to File Simultaneous Opening Claim Construction Briefs: | **December 2, 2022** |
| Responsive Damages Contentions: | **December 12, 2022** |
| Last Date to File Simultaneous Responsive Claim Construction Briefs: | **December 16, 2022** |
| Claim Construction Hearing (Tuesday 9:00 a.m.) | **January 10, 2023** |
| Advice of Counsel-Related Production: | **May 16, 2023** |
| Fact Discovery Cut-off: | **June 16, 2023** |
| Last Day to Serve Initial Expert Reports: | **June 30, 2023** |
| Last Day to File Dispositive Motions: | **June 30, 2023** |
| Last Day to Serve Rebuttal Expert Reports: | **July 28, 2023** |
| Last Day to Conduct Settlement Proceedings: | **August 18, 2023** |
| Expert Discovery Cut-off: | **August 25, 2023** |
| Last Day to File *Daubert* Motions: | **September 22, 2023** |

_____

**CIVIL MINUTES – GENERAL**                                                        **2**

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 22-00110 JLS (JDE)                          Date:    May 27, 2022

Title:  K.T.I. Hydraulics, Inc. v. Gerard M. Palmersheim et al

| Last Day to File Motions in Limine (excluding *Daubert* motions): | **September 22, 2023** |
|---|---|
| Final Pretrial Conference (10:30 a.m.): | **October 20, 2023** |

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  CCH

---