Charles C.H. Wu, SBN 166756
  cchwu@wclawyers.com
Vikram M. Reddy, SBN 228515
  vreddy@wclawyers.com
Elena N. Sandell, SBN 333153
  esandell@wclawyers.com
**WU & REDDY, A PROF. CORP.**
98 Discovery
Irvine, California 92618-3105
Telephone: (949) 251-0111

Attorneys for plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I. HYDRAULICS, INC. A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GERARD M. PALMERSHEIM, A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO.; DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual; RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:22−cv−00110−JLS−JDE<br><br>Judge Josephine L. Staton<br><br>Magistrate Judge John D. Early<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

1

**NOTICE OF DISMISSAL**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

Plaintiff K.T.I. HYDRAULICS, INC., A.K.A. KTI HYDRAULICS INC., a California corporation ("Plaintiff" or "KTI"), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice the following named defendants for all causes of action, except Gerald M. Palmersheim, A.K.A. Jerry Palmersheim, an individual (hereinafter, "Palmersheim") in Plaintiff's complaint [DKT 1]:

- MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation, D.B.A. and A.K.A. MTE HYDRAULICS, D.B.A. and A.K.A. MTE HYDRAULICS INC.;

- GREGORY STAFFORD NORDLOF, A.K.A. GREG NORDLOF, an individual and president of MECHANICAL TOOL & ENGINEERING CO.;

- DAVID E. PETERSON, A.K.A. DAVID N. PETERSON, an individual;

- RICHARD THURMAN, A.K.A. RICH THURMAN, A.K.A. RICHARD J. THURMAN, A.K.A. RICH J. THURMAN, A.K.A. RICHARD N. THURMAN, A.K.A. RICH N. THURMAN, an individual.

Plaintiff hereby also voluntarily dismisses without prejudice defendant Palmersheim from the following causes of action as set forth in Plaintiff's Complaint [DKT 1]:

- Count V "Infringement of Plaintiff KTI's U.S. Patent No. 10,760,599 B2;" and
- Count VI "Infringement of Plaintiff KTI's U.S. Patent No. 11,149,765 B2."

Respectfully submitted,

**WU & REDDY, A PROF. CORP.**

Dated: July 20, 2022

By: /s/ Elena N. Sandell
Charles C.H. Wu, Esq.
Vikram M. Reddy, Esq.
Elena N. Sandell, Esq.
Attorneys for Plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

2
**NOTICE OF DISMISSAL**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2022, I electronically filed the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) with the Clerk of the Court by using the CM/ECF system, which sent notice of such filing to all parties.

    /s/ Elena N. Sandell    

Elena N. Sandell

**NOTICE OF DISMISSAL**