Charles C.H. Wu, SBN 166756
    cchwu@wclawyers.com
Vikram M. Reddy, SBN 228515
    vreddy@wclawyers.com
Elena N. Sandell, SBN 333153
    esandell@wclawyers.com
**WU & REDDY, A PROF. CORP.**
98 Discovery
Irvine, California 92618-3105
Telephone: (949) 251-0111

Attorneys for plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

**VEDDER PRICE (CA), LLP**
Michael J. Quinn, Bar No. 198349
mquinn@vedderprice.com
Marie E. Christiansen, Bar No. 325352
mchristiansen@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T:    +1 424 204 7700
F:    +1 424 204 7702

Attorneys for Defendant Gerard M. Palmersheim
a.k.a. Jerry Palmersheim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I. HYDRAULICS, INC. A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>GERARD M. PALMERSHEIM A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation dba and A.K.A. MTE HYDRAULICS dba and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF A.K.A. GREG NORDLOF, an individual; DAVID PETERSON A.K.A. DAVID E. PETERSON, an individual; RICHARD THURMAN A.K.A. RICH THURMAN | Case No. 8:22−cv−00110−JLS−JDE<br><br>Judge Josephine L. Staton<br>Magistrate Judge John D. Early<br><br>**JOINT STIPULATION FOR DISMISSAL; AND [PROPOSED] ORDER THEREON**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>COMPLAINT FILED**:** January 21, 2022<br><br>FINAL PRE-TRIAL CONFERENCE DATE:    October 20, 2023 |

1

**JOINT STIPULATION FOR DISMISSAL**

A.K.A. RICHARD J. THURMAN A.K.A. RICH J. THURMAN A.K.A. RICHARD N. THURMAN A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

TO THE COURT AND ALL INTERESTED PARTIES:

The remaining parties to this action, specifically plaintiff K.T.I. Hydraulics, Inc. a.k.a. KTI Hydraulics Inc., a California corporation ("Plaintiff KTI"), and defendant Gerard M. Palmersheim, a.k.a. Jerry Palmersheim, an individual ("Defendant Palmersheim"), acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all pending claims and defenses stated against one another, with Plaintiff KTI and Defendant Palmersheim to bear their own respective attorney's fees and costs.

**WU & REDDY, A PROF. CORP.**

Dated:  June 5     , 2023        By: _____

Charles C.H. Wu, Esq.
Vikram M. Reddy, Esq.
Elena N. Sandell, Esq.
Attorneys for Plaintiff K.T.I. Hydraulics, Inc.
a.k.a. KTI Hydraulics Inc.

**VEDDER PRICE, (CA) LLP**

Dated: June 5     , 2023        By: _____

Michael J. Quinn, Esq.
Marie E. Christiansen, Esq.
Attorneys for Defendant Gerard M.
Palmersheim a.k.a. Jerry Palmersheim

2

**JOINT STIPULATION FOR DISMISSAL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF filing system.

Dated this 5th day of June, 2023.

    /S/ Elena N. Sandell
    Elena N. Sandell

**JOINT STIPULATION FOR DISMISSAL**