# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.I. HYDRAULICS, INC. A.K.A. KTI HYDRAULICS INC., a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>GERARD M. PALMERSHEIM A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation dba and A.K.A. MTE HYDRAULICS dba and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF A.K.A. GREG NORDLOF, an individual; DAVID PETERSON A.K.A. DAVID E. PETERSON, an individual; RICHARD THURMAN A.K.A. RICH THURMAN A.K.A. RICHARD J. THURMAN A.K.A. RICH J. THURMAN A.K.A. RICHARD N. THURMAN A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:22−cv−00110−JLS−JDE<br><br>Judge Josephine L. Staton<br>Magistrate Judge John D. Early<br><br>**[PROPOSED]**<br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>COMPLAINT FILED**:** January 21, 2022<br><br>FINAL PRE-TRIAL CONFERENCE DATE:        October 20, 2023 |

On good cause shown by the Joint Stipulation For Dismissal ("Stipulation") between the remaining parties to this action, specifically plaintiff K.T.I. Hydraulics, Inc. a.k.a. KTI

**ORDER ON JOINT STIPULATION FOR DISMISSAL**

Hydraulics Inc., a California corporation ("Plaintiff KTI"), and defendant Gerard M. Palmersheim, a.k.a. Jerry Palmersheim, an individual ("Defendant Palmersheim"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is so ordered that this action, including all pending claims and defenses stated therein between the remaining parties to this action, is hereby dismissed with prejudice, with Plaintiff KTI and Defendant Palmersheim to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:   _____   _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**ORDER ON JOINT STIPULATION FOR DISMISSAL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June __, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF filing system.

Dated this ___ day of June, 2023.

                                          /S/ Elena N. Sandell
                                             Elena N. Sandell

3

**ORDER ON JOINT STIPULATION FOR DISMISSAL**