JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

K.T.I. HYDRAULICS, INC. A.K.A. KTI HYDRAULICS INC., a California corporation,

Plaintiff,

v.

GERARD M. PALMERSHEIM A.K.A. JERRY PALMERSHEIM, an individual; MECHANICAL TOOL & ENGINEERING CO., an Illinois corporation dba and A.K.A. MTE HYDRAULICS dba and A.K.A. MTE HYDRAULICS INC.; GREGORY STAFFORD NORDLOF A.K.A. GREG NORDLOF, an individual; DAVID PETERSON A.K.A. DAVID E. PETERSON, an individual; RICHARD THURMAN A.K.A. RICH THURMAN A.K.A. RICHARD J. THURMAN A.K.A. RICH J. THURMAN A.K.A. RICHARD N. THURMAN A.K.A. RICH N. THURMAN, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.  8:22−cv−00110−JLS−JDE

**ORDER OF DISMISSAL**

On good cause shown by the Joint Stipulation for Dismissal ("Stipulation") (Doc. 38) between the remaining parties to this action, specifically plaintiff K.T.I. Hydraulics, Inc. a.k.a. KTI Hydraulics Inc., a California corporation ("Plaintiff KTI"), and defendant Gerard M. Palmersheim, a.k.a. Jerry Palmersheim, an individual ("Defendant Palmersheim"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is so ordered that this action, including all pending claims and defenses stated therein between the remaining parties to this action, is hereby dismissed with prejudice, with Plaintiff KTI and Defendant Palmersheim to bear their own respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  June 8, 2023

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE